UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LaVern Koerner                              Case No. 1:07-cv-00588 *RMC*
        Plaintiff(s),
                               REQUEST FOR CLERKS ENTRY OF
v.                                          DEFAULT

United States
        Defendant.

1. Plaintiff(s) request(s) that default be entered forthwith against defendant.

2. The record shows that plaintiffs served the United States Attorney the summons and complaint on April 4, 2007.

4. The record shows that the court ordered defendants plead or otherwise defend on or before June 4, 2007.

5. The record is silent as to defendant requesting an extension of time to plead or otherwise defend..

6. The record shows that defendant failed to obey a lawful order of the court by failing to plead or otherwise defend on or before June 4, 2007..

Wherefore, plaintiffs are entitled to entry of default forthwith against defendant as a matter of law.

Dated 6/5, 2007

*LaVern Koerner*
LaVern Koerner

**RECEIVED**

JUN 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LaVern Koerner v. United States.                page 1 of 1 pages                Motion for default