Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**LAVERN KOERNER**

Plaintiff(s)

Civil Action No. 07-588 (RMC)

V.

**UNITED STATES GOVERNMENT**

Defendant(s)

RE: UNITED STATES GOVERNMENT

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on April 4, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 11th day of June, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk