UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LAVERN KOERNER,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-588 (RMC)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that Defendant's motion to vacate default [Dkt. # 6] is **GRANTED**; and it is

**FURTHER ORDERED** that the Clerk's entry of default [Dkt. # 5] is **VACATED**; and it is

**FURTHER ORDERED** that Defendant's motion to dismiss [Dkt. #6] is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Date: October 29, 2007                                    /s/
                                          ROSEMARY M. COLLYER
                                          United States District Judge